FILED

2005 Jan-28  PM 01:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN  DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **2:04-cv-0917-UWC** |
| **JOHN S. SPRINGER II, D.D.S.,** | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT ON THE PLEADINGS


On May 1, 2004, Plaintiff United States of America filed this action as a "Complaint to

Enforce Judgment."  (Doc. 1.)  Attached to the Complaint was a copy of a default judgment

entered against Defendant John S. Springer II, D.D.S., in the Circuit Court of Jefferson County,

Alabama.  The Default Judgment was entered in the amount of $226,595.93, plus court costs of

$154.00.[1]  After the Defendant had answered the complaint, the Plaintiff filed a Motion For

Judgment on the Pleadings Or, in the Alternative, Summary Judgment.  (Doc. 4.)  The motion

was accompanied by various supporting documents.

In his otherwise incoherent pleading, the Defendant does not dispute that the judgment

was entered by the state court, or that he defaulted on the loans which served as the basis of the

---

[1] The judgment was based on government sponsored Health Education Assistance Loans
("HEAL") made to Defendant and acquired by Sallie Mae Servicing ("Sallie Mae"), an agency of
the United States government.  After the Defendant had defaulted on his Sallie Mae loans, it filed
the state court action in the Jefferson County Circuit Court and obtained the instant default
judgment against the Defendant.  Sallie Mae subsequently assigned its default judgment to the
Plaintiff United States of America.

default judgment. *See* Doc. 5, incorrectly styled as "Judicial Notice."

Under these circumstances, the Plaintiff is entitled to judgment on the pleadings, under the applicable law. *See* 42 U.S.C. § 292f (h) (3) (1998).

By separate order, the Plaintiff's Motion for Judgment on the Pleadings will be granted.

Done this 28th day of January, 2005.

_____
U.W. Clemon
Chief United States District Judge